SPINGARN v. NATIONAL SURETY CO.

(Supreme Court, Appellate Term. October 16, 1911.)

Appeal and Error (§ 843*)—Questions Reviewable—Moot Questions.

The court, on appeal from an order which is no longer operative, will not determine its prior validity.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3331–3342; Dec. Dig. § 843.*]

Appeal from City Court of New York, Special Term.

Action by Israel Spingarn against the National Surety Company. From an order of the City Court of the City of New York, defendant appeals. Dismissed.

Argued before SEABURY, GUY, and COHALAN, JJ.

Joseph L. Prager, for appellant.
Herman Kahn, for respondent.

PER CURIAM. That portion of the order appealed from by the defendant relieved the plaintiff herein from giving security for costs

---

in the action, pending an appeal to this court by him from an order opening the defendant's default. See appeal in order No. 11.† As we have affirmed that order, the order in this appeal is no longer operative, and we therefore need not determine as to its prior validity.

Appeal dismissed, without costs or disbursements.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

† Affirmed without opinion.